UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 19-cv-23485-FAM

KEELAI LARA,

    Plaintiff,

vs.

BAPTIST HEALTH SOUTH FLORIDA, INC.,
WEST KENDALL BAPTIST HOSPITAL, INC.,
BAPTIST HOSPITAL OF MIAMI, INC., SOUTH
MIAMI HOSPITAL, INC., and BERNIE ARCENA,
individually and in his official capacity,

    Defendants.

_____/

## DEFENDANT BERNIE ARCENA'S ANSWER, AFFIRMATIVE DEFENSES, AND DEMAND FOR JURY TRIAL TO PLAINTIFF'S COMPLAINT

DEFENDANT, BERNIE ARCENA ("Arcena" or "Defendant") through his undersigned attorney, and pursuant to Federal Rules of Civil Procedure files this his Answer, Affirmative Defenses, and Demand for Jury Trial to Plaintiff's Complaint, as follows:

1. Defendant admits Plaintiff purports to bring a civil action pursuant to 42 U.S.C. § 1981 ("§ 1981"), Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub. L. No. 102-166 ( "Title VII"); Title I of the Americans with Disabilities Act of 1990 (Pub. L. 101-336) ("ADA"); the Florida Civil Rights Act of 1992, Section 760.10 *et seq.* ( "FCRA"); and Florida State Law, but denies that Plaintiff states any viable claims against Defendant and denies the remaining allegations contained in this paragraph.

2. Defendant admits that Plaintiff purports to seek redress for perceived unlawful practices, but defendant denies any wrongdoing and the remaining allegations in this paragraph.

## JURISDICTION AND VENUE

3. Defendant admits that Plaintiff purports to seek monetary damages and injunctive relief, but defendant denies any wrongdoing and the remaining allegations in this paragraph.

4. Defendant admits this Court has jurisdiction over this matter.

5. Defendant admits this Court has jurisdiction over this matter.

6. Defendant admits that venue is proper before this Court.

## PROCEDURAL REQUIREMENTS

7. Defendant is without knowledge as to the allegations contained in paragraph 7 of Plaintiff's Complaint.

8. Defendant is without knowledge as to the allegations contained in paragraph 8 of Plaintiff's Complaint.

9. Defendant is without knowledge as to the allegations contained in paragraph 9 of Plaintiff's Complaint.

10. Defendant is without knowledge as to the allegations contained in paragraph 10 of Plaintiff's Complaint.

11. Defendant admits the allegations contained in paragraph 11.

## PARTIES

12. Defendant is without knowledge as to the allegations contained in paragraph 12 of Plaintiff's Complaint.

13. Defendant is without knowledge as to the allegations contained in paragraph 13 of Plaintiff's Complaint.

14. Defendant admits the allegations contained in paragraph 14.

15. Defendant admits the allegations contained in paragraph 15.

16. Defendant admits the allegations contained in paragraph 16.

17. Defendant admits the allegations contained in paragraph 17.

18. Defendant admits that Plaintiff has elected to refer to the Corporate Defendants as "Defendant" or the "HOSPITAL."

19. Defendant admits the allegations contained in paragraph 19.

20. Defendant admits the allegations contained in paragraph 20.

21. Defendant admits the allegations contained in paragraph 21.

22. Defendant admits the allegations contained in paragraph 22.

23. Defendant admits that Plaintiff has elected to refer to the HOSPITAL and Arcena as "Defendants."

## STATEMENT OF FACTS

24. Defendant admits the allegations contained in paragraph 24.

25. Defendant admits the allegations contained in paragraph 25.

26. Defendant denies the allegations contained in paragraph 26.

27. Defendant denies the allegations contained in paragraph 27.

28. Defendant is without knowledge as to where Tina Hugh was located or what she believes that she saw. Defendant denies the remaining allegations contained in paragraph 28.

29. Defendant denies the allegations contained in paragraph 29.

30. Defendant denies the allegations contained in paragraph 30.

31. Defendant is without knowledge as to the Plaintiff's perception or state of mind. Defendant denies any wrongdoing, and the remaining allegations contained in paragraph 31 of Plaintiff's Complaint.

32. Defendant is without knowledge as to the allegations contained in paragraph 32 of Plaintiff's Complaint.

33. Defendant denies the allegations contained in paragraph 33.

34. Defendant denies the allegations contained in paragraph 34.

35. Defendant denies the allegations contained in paragraph 35.

36. Defendant denies the allegations contained in paragraph 36.

37. Defendant denies the allegations contained in paragraph 37.

38. Defendant is without knowledge as to the Plaintiff's perception or state of mind. Defendant denies any wrongdoing, and the remaining allegations contained in paragraph 38 of Plaintiff's Complaint.

39. Defendant is without knowledge as to the Plaintiff's perception or state of mind. Defendant denies any wrongdoing, and the remaining allegations contained in paragraph 39 of Plaintiff's Complaint.

40. Defendant denies the allegations contained in paragraph 40.

41. Defendant denies the allegations contained in paragraph 41.

42. Defendant denies the allegations contained in paragraph 42.

43. Defendant is without knowledge as to the allegations contained in paragraph 43 of Plaintiff's Complaint.

44. Defendant denies the allegations contained in paragraph 44.

45. Defendant denies the allegations contained in paragraph 45.

46. Defendant denies the allegations contained in paragraph 46.

47. Defendant is without knowledge as to the Plaintiff's perception or state of mind. Defendant denies any wrongdoing, and the remaining allegations contained in paragraph 47 of

Plaintiff's Complaint.

48. Defendant denies the allegations contained in paragraph 48.

49. Defendant denies the allegations contained in paragraph 49.

50. Defendant denies the allegations contained in paragraph 50.

51. Defendant admits that a complaint of racial discrimination was filed with human resources, which was closed after an investigation revealed no evidence. Defendant denies the remaining allegations contained in paragraph 51 of Plaintiff's Complaint.

52. Defendant denies the allegations contained in paragraph 52.

53. Defendant is without knowledge as to the Plaintiff's perception or state of mind. Defendant denies any wrongdoing, and the remaining allegations contained in paragraph 53 of Plaintiff's Complaint.

54. Defendant denies the allegations contained in paragraph 54.

55. Defendant denies the allegations contained in paragraph 55.

56. Defendant denies the allegations contained in paragraph 56.

57. Defendant denies the allegations contained in paragraph 57.

58. Defendant denies the allegations contained in paragraph 58.

59. Defendant is without knowledge as to the allegations contained in paragraph 59 of Plaintiff's Complaint.

60. Defendant denies the allegations contained in paragraph 60.

61. Defendant denies the allegations contained in paragraph 61.

62. Defendant denies the allegations contained in paragraph 62.

63. Defendant denies the allegations contained in paragraph 63.

64. Defendant is without knowledge as to the allegations contained in paragraph 64 of

Plaintiff's Complaint.

65. Defendant denies the allegations contained in paragraph 65.

66. Defendant denies the allegations contained in paragraph 66.

67. Defendant denies the allegations contained in paragraph 67.

68. Defendant denies the allegations contained in paragraph 68.

69. Defendant denies the allegations contained in paragraph 68.

70. Defendant is without knowledge as to the Plaintiff's perception or state of mind. Defendant denies any wrongdoing, and the remaining allegations contained in paragraph 70 of Plaintiff's Complaint.

71. Defendant denies the allegations contained in paragraph 71.

72. Defendant denies the allegations contained in paragraph 72.

73. Defendant is without knowledge as to the allegations contained in paragraph 73 of Plaintiff's Complaint.

74. Defendant denies the allegations contained in paragraph 74.

75. Defendant is without knowledge as to the Plaintiff's perception or state of mind. Defendant denies any wrongdoing, and the remaining allegations contained in paragraph 75 of Plaintiff's Complaint.

76. Defendant denies the allegations contained in paragraph 76.

77. Defendant denies the allegations contained in paragraph 77.

78. Defendant denies the allegations contained in paragraph 78.

79. Defendant denies the allegations contained in paragraph 79.

80. Defendant is without knowledge as to the Plaintiff's perception or state of mind. Defendant denies any wrongdoing, and the remaining allegations contained in paragraph 80 of

Plaintiff's Complaint.

81. Defendant denies the allegations contained in paragraph 81.

82. Defendant denies the allegations contained in paragraph 82.

83. Defendant denies the allegations contained in paragraph 83.

84. Defendant denies the allegations contained in paragraph 84.

85. Defendant is without knowledge as to the allegations contained in paragraph 85 of Plaintiff's Complaint.

86. Defendant is without knowledge as to the allegations contained in paragraph 86 of Plaintiff's Complaint.

87. Defendant is without knowledge as to the allegations contained in paragraph 87 of Plaintiff's Complaint.

88. Defendant is without knowledge as to the Plaintiff's medical treatment. Defendant denies any wrongdoing, and the remaining allegations contained in paragraph 88 of Plaintiff's Complaint.

89. Defendant is without knowledge as to the Plaintiff's medical diagnosis. Defendant denies any wrongdoing, and the remaining allegations contained in paragraph 80 of Plaintiff's Complaint.

90. Defendant denies the allegations contained in paragraph 90.

91. Defendant is without knowledge as to the allegations contained in paragraph 91 of Plaintiff's Complaint.

92. Defendant denies any aggressive and/or retaliatory conduct towards Plaintiff. Defendant is without knowledge as to the remaining allegations contained in paragraph 92 of Plaintiff's Complaint.

93. Defendant denies any aggressive and/or retaliatory conduct towards Plaintiff. Defendant is without knowledge as to the remaining allegations contained in paragraph 93 of Plaintiff's Complaint.

94. Defendant is without knowledge as to the allegations contained in paragraph 94 of Plaintiff's Complaint.

95. Defendant is without knowledge as to the allegations contained in paragraph 95 of Plaintiff's Complaint.

96. Defendant is without knowledge as to the allegations contained in paragraph 96 of Plaintiff's Complaint.

97. Defendant is without knowledge as to the allegations contained in paragraph 97 of Plaintiff's Complaint.

98. Defendant is without knowledge as to the allegations contained in paragraph 98 of Plaintiff's Complaint.

99. Defendant is without knowledge as to the allegations contained in paragraph 99 of Plaintiff's Complaint.

100. Defendant denies the allegations contained in paragraph 100.

101. Defendant denies the allegations contained in paragraph 101.

102. Defendant denies the allegations contained in paragraph 102.

103. Defendant denies the allegations contained in paragraph 103.

104. Defendant denies the allegations contained in paragraph 104.

105. Defendant denies the allegations contained in paragraph 105.

106. Defendant denies the allegations contained in paragraph 106.

107. Defendant denies the allegations contained in paragraph 107.

108. Defendant denies the allegations contained in paragraph 108.

109. Defendant denies the allegations contained in paragraph 109.

110. Defendant admits that Plaintiff purports to claim aggravation, activation and/or exacerbation of any preexisting condition. Defendant denies any wrongdoing, and the remaining allegations contained in paragraph 110 of Plaintiff's Complaint.

111. Defendant denies the allegations contained in paragraph 111.

112. Defendant denies the allegations contained in paragraph 112.

113. Defendant denies the allegations contained in paragraph 113.

114. Defendant admits the allegations contained in paragraph 114.

115. Defendant admits that Plaintiff purports to claim a continuous practice of discrimination and continuing violations. Defendant denies any wrongdoing, and the remaining allegations contained in paragraph 115 of Plaintiff's Complaint.

116. Defendant admits that Plaintiff purports to constructive discharge. Defendant denies any wrongdoing, and the remaining allegations contained in paragraph 116 of Plaintiff's Complaint.

117. Defendant admits that Plaintiff purports to constructive discharge and seeks reinstatement. Defendant denies any wrongdoing, and the remaining allegations contained in paragraph 117 of Plaintiff's Complaint.

118. Defendant admits that Plaintiff purports to alternatively claim protections as an independent contractor. Defendant denies any wrongdoing, and the remaining allegations contained in paragraph 116 of Plaintiff's Complaint.

**COUNT I: DISCRIMINATION UNDER TITLE VII**

119. There is no Answer required of this Defendant as paragraphs 119 through 128 do

not pertain to this Defendant.

## COUNT II RETALIATION UNDER TITLE VII

129. There is no Answer required of this Defendant as paragraphs 129 through 136 do not pertain to this Defendant.

## COUNT III: DISCRIMINATION UNDER 42 U.S.C. Section 1981

137. Defendant realleges and reavers all admissions, denials in paragraphs 24 through 118 as if set forth fully herein.

138. Defendant admits the allegations contained in paragraph 138.

139. Defendant denies the allegations contained in paragraph 139.

140. Defendant denies the allegations contained in paragraph 140.

141. Defendant denies the allegations contained in paragraph 141

142. Defendant denies the allegations contained in paragraph 142

143. Defendant denies the allegations contained in paragraph 143.

## COUNT IV: RETALIATION UNDER 42 U.S.C. Section 1981

144. Defendant realleges and reavers all admissions, denials in paragraphs 1 through 118 as if set forth fully herein.

145. Defendant admits the allegations contained in paragraph 145.

146. Defendant denies the allegations contained in paragraph 146.

147. Defendant denies the allegations contained in paragraph 147.

148. Defendant denies the allegations contained in paragraph 148.

149. Defendant denies the allegations contained in paragraph 149.

150. Defendant denies the allegations contained in paragraph 150.

151. Defendant admits that Plaintiff purports to claim unlawful retaliation.  Defendant

denies the remaining allegations contained in paragraph 151.

## COUNT V: DISCRIMINATION UNDER FCRA

Defendant Arcena has concurrently filed a motion to dismiss Count V of Plaintiff's complaint

## COUNT VI: RETALIATION UNDER FCRA

Defendant Arcena has concurrently filed a motion to dismiss Count VI of Plaintiff's complaint

## COUNT VII: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

171.  Defendant realleges and reavers all admissions, denials in paragraphs 1 through 118 as if set forth fully herein.

172.  Defendant denies the allegations contained in paragraph 172.

173.  Defendant denies the allegations contained in paragraph 173.

174.  Defendant denies the allegations contained in paragraph 174.

175.  Defendant denies the allegations contained in paragraph 175.

176.  Defendant denies the allegations contained in paragraph 176.

177.  Defendant denies the allegations contained in paragraph 177.

## COUNT VIII: SEXUAL BATTERY

178.  Defendant realleges and reavers all admissions, denials in paragraphs 1 through 118 as if set forth fully herein.

179.  Defendant denies the allegations contained in paragraph 179.

180.  Defendant denies the allegations contained in paragraph 180.

181.  Defendant denies the allegations contained in paragraph 181.

182. Defendant denies the allegations contained in paragraph 182.

## COUNT IX: ASSAULT

183. Defendant realleges and reavers all admissions, denials in paragraphs 1 through 118 as if set forth fully herein.

184. Defendant denies the allegations contained in paragraph 184.

185. Defendant denies the allegations contained in paragraph 185.

186. Defendant denies the allegations contained in paragraph 186.

187. Defendant denies the allegations contained in paragraph 187.

## COUNT X: FALSE IMPRISONMENT

188. Defendant realleges and reavers all admissions, denials in paragraphs 1 through 118 as if set forth fully herein.

189. Defendant denies the allegations contained in paragraph 189.

190. Defendant denies the allegations contained in paragraph 190.

191. Defendant denies the allegations contained in paragraph 191.

192. Defendant denies the allegations contained in paragraph 192.

193. Defendant denies the allegations contained in paragraph 193.

194. Defendant denies the allegations contained in paragraph 194.

## COUNT XI: DISCRIMINATION
## UNDER THE AMERICANS WITH DISABILITIES ACT

195. There is no Answer required of this Defendant as paragraphs 195 through 202 do not pertain to this Defendant.

## DEMAND FOR JURY TRIAL

This Defendant demands trial by jury of all issues so triable as of right by a jury.

## **AFFIRMATIVE DEFENSES**

1. By way of affirmative defense, the Defendant asserts that the Plaintiff has failed to undertake reasonable efforts or exercise reasonable care to mitigate her damages. Therefore, the Plaintiff's recovery, if any, should be reduced or comparatively diminished to the extent to which the failure of the Plaintiff to exercise reasonable care or undertake reasonable efforts to mitigate her damages contributed to, exacerbated, or increased the alleged damages.

2. By way of affirmative defense, the Defendant asserts that he acted in good faith toward Plaintiff and without any intent to deprive Plaintiff of any employment and/or civil rights.

3. By way of affirmative defense, the Defendant asserts that at all times material hereto, he was lawfully exercising his rights in a legal manner.

4. By way of affirmative defense, the Defendant asserts that the Plaintiff consented to all physical contact and/or sexual conduct that is the subject of this lawsuit.

5. By way of affirmative defense, the Defendant asserts that the conduct of this Defendant with respect to the incidents and events described in the Plaintiff's Complaint was undertaken in good faith and was objectively reasonable under the circumstances presented to him.

6. By way of affirmative defense, the Defendant asserts that the Plaintiff, consented to and encouraged all physical contact and/or sexual conduct between the Plaintiff, on the one hand, and the Defendant, on the other hand.

7. By way of affirmative defense, the Defendant asserts that the Plaintiff's Complaint fails to state a cause of action or claim upon which relief can be granted.

8. By way of affirmative defense, the Defendant asserts that Defendants'

actions do not rise to the requisite level of outrageous conduct.

9. By way of affirmative defense, the Defendant asserts that Plaintiff cannot recover any punitive damages because Defendant did not engage in any intentional retaliatory practice with regard to Plaintiff's statutorily protected rights.

Dated: October 9, 2019

Respectfully submitted,

By: **/s/ Brandon J. Gibson**
Brandon J. Gibson, Esq.
Florida Bar No.: 0099411
Email: *bgibson@bjglawfirm.com*
THE LAW OFFICE OF BRANDON J. GIBSON, PLLC
3800 Inverrary Boulevard, Suite 401-T
Lauderhill, Florida 33319
Telephone: (754) 229-1151
Facsimile: (844) 761-1555

*Counsel for Defendant Arcena*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 9, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of the Notices of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically transmitted Notices of Electronic Filing.

By: s/ **Brandon J. Gibson**

## SERVICE LIST

**KEELAI LARA v. BAPTIST HEALTH SOUTH FLORIDA, INC., et al.**
**19-cv-23485-FAM**
**United States District Court, SOUTHERN District of Florida**

Kelly O'Connell, Esq.
E-mail: *kelly@dereksmithlaw.com*
DEREK SMITH LAW GROUP, PLLC
701 Brickell Avenue, Suite 1310
Miami, Florida 33131
Telephone: (305) 946-1884

*Counsel for Plaintiff*

Scott S. Allen, Esq.
E-mail: *scott.allen@jacksonlewis.com*
Lauren K. Goff, Esq.
E-mail: *lauren.goff@jacksonlewis.com*
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
2 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 577-7600
*Counsel for Hospital Defendants*

Brandon Gibson
E-Mail:bgibson@bjglawfirm.com
THE LAW OFFICE OF BRANDON J. GIBSON, PLLC
3800 Inverrary Blvd., Suite 401-T
Lauderhill, Florida 33319
Telephone: (754) 229-1151
Facsimile: (866) 761-1555
*Counsel for Defendant Arcena*